[No. 70354-4-I. Division One. August 11, 2014.]

YEVGENY SEMENENKO ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-22420-0, LeRoy McCullough, J., entered April 16, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 70451-6-I. Division One. August 11, 2014.]

PERFORMANCE ABATEMENT SERVICES, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-2-02435-5, Charles R. Snyder, J., entered May 8, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Leach, J.

[No. 70529-6-I. Division One. August 11, 2014.]

BRIAN LONG, *Appellant*, v. BRUSCO TUG & BARGE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-37996-5, William L. Downing, J., entered June 6, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 70691-8-I. Division One. August 11, 2014.]

REGINALD K. WREN ET AL., *Respondents*, v. TAMMY S. BLAKEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-03262-1, George F.B. Appel, J., entered June 3 and July 23, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Appelwick, J.